CO-386-online
10/03

# United States District Court
# For the District of Columbia

SAE PRODUCTIONS, INC.  )
)
)
)
                Plaintiff )  Civil Action No. 08-1474
vs )
)
FEDERAL BUREAU OF )
INVESTIGATION )
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  SAE Productions, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  SAE Productions, Inc.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Bradley P. Moss_
Signature

975905
BAR IDENTIFICATION NO.

Bradley P. Moss
Print Name

1250 Connecticut Ave, NW, Suite 200
Address

Washington    DC    20036
City       State      Zip Code

(202) 907-7945
Phone Number